**Joseph H. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72633.

Missouri Court of Appeals,
Eastern District,
Division Five.

May 12, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 8, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J., and ROBERT E. CRIST, Senior Judge.

## ORDER

PER CURIAM.

Joseph H. Smith, Movant, appeals from the judgment denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we find that the motion court's judgment is based upon findings of fact and conclusions of law which are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).